## SHALLUS CO. *v.* UNITED STATES (2108).[1]

CHRISTMAS-TREE ORNAMENTS ARE NOT TOYS.

Following Woolworth Co. *v.* United States (11 Ct. Cust. Appls., 217; T. D. 38985) decided concurrently herewith, colored glass ornaments for Christmas trees are not toys under paragraph 342, tariff act of 1913. Their classification, some as glass articles under paragraph 84, and some as articles made of glass beads under paragraph 333, is not disturbed.

### United States Court of Customs Appeals, January 13, 1922.

APPEAL from Board of United States General Appraisers, Abstract 44246.

[Affirmed.]

*Comstock & Washburn* (*J. Stuart Tompkins* of counsel) for appellant.

*William W. Hoppin*, Assistant Attorney General (*Charles D. Lawrence*, special attorney, of counsel), for the United States.

[Oral argument October 27, 1921, by Mr. Washburn and Mr. Lawrence.]

Before DE VRIES, Presiding Judge, and SMITH, BARBER, and MARTIN, Associate Judges.

DE VRIES, Presiding Judge, delivered the opinion of the court:

The subject of decision herein is the same as that in Woolworth Co. *v.* United States (11 Ct. Cust. Appls., 217; T. D. 38985), decided herewith. The case was submitted upon this and the record therein. For the reasons therein set forth the decision of the Board of General Appraisers is *affirmed*.